IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| EDVADO HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY CHRISTOPHER T. HARNAGE,<br>DEPUTY ROBERT L. LIGHTNER, JR.,<br>DEPUTY JOSEPH S. SOSNOVIK,<br>DEPUTY BENJAMIN L. VARNUM,<br>SARGEANT WARREN CAMPBELL,<br>DENEISHA BOONE, TERESA MANGHAM,<br>and ALVIN S. NORTON,<br>Individually and in their<br>official capacities with the<br>Sumter County Sheriff's Office,<br>SHERIFF ROBERT C. INGLE,<br>Individually and as Sheriff for<br>Sumter County, and SUMTER COUNTY<br>GEORGIA,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 1:03-CV-157-3(WLS) |

**NOTICE OF REMOVAL**

COME NOW defendants Deputy Christopher T. Harnage and Deputy Benjamin L. Varnum, individually and in their official capacities with the Sumter County Sheriff's Office, Sheriff Robert C. Ingle, individually and as Sheriff for Sumter County, and Sumter County, Georgia, by and through counsel, and, pursuant to 28 U.S.C. §§ 1441 and 1446, file this Notice of Removal within the time prescribed by law, by showing and stating the following:

1.

Plaintiff filed a suit in the Superior Court of Sumter County, which county is within the Albany Division of this Court. This suit, which seeks relief under the United States



Constitution, is styled as above and numbered Civil Action File No. 03CV-627H in that court.

2.

All process, pleadings and orders served upon these defendants are attached to this Notice of Removal as Exhibit A.

3.

The earliest that any of these defendants were served with process was on September 22, 2003, and this Notice of Removal is filed within 30 days thereafter.

4.

Plaintiff's complaint alleges violations of plaintiff's rights to federal law, including the Fourth and Fourteenth Amendments to the United States Constitution.

5.

Plaintiff's complaint therefore asserts claims over which the district court has original jurisdiction as it is founded on a claim or right arising under the Constitution, Treaties or Laws of the United States.  28 U.S.C. §§ 1441(b), 1331, 1343 and 1443.

6.

These defendants have given written notice of the filing of this notice to plaintiff and will likewise file a written notice with the Clerk of the Superior Court of Sumter County, a copy of which is attached hereto as Exhibit B.

7.

Upon information and belief, the remaining individuals who have been named as defendants in the above-styled action have either not been served with process or consent to removal.

8.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, these defendants pray that this Notice of Removal be filed and that said action be removed to and proceed in the United States District Court for the Middle District of Georgia, Albany Division, and that no further proceedings be held in said case in the Superior Court of Sumter County.

ALEXANDER & VANN

_____
RALEIGH W. ROLLINS
Georgia Bar No. 613860
Attorney for Defendants Deputy
Christopher T. Harnage and Deputy
Benjamin L. Varnum, individually
and in their officialcapacities
with the Sumter County Sheriff's
Office, Sheriff Robert C. Ingle,
Individually and as Sheriff for
Sumter County, and Sumter
County, Georgia

Prepared by:
_____
Raleigh W. Rollins
218 East Jackson Street
P.O. Box 1479
Thomasville, GA 31799-1479
(229) 226-2565

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **NOTICE OF REMOVAL** by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed upon:

>William T. Mitchell, Esq.
>Cruser & Mitchell, LLP
>3500 Parkway Lane
>Suite 750
>Norcross, GA 30092

This 21st day of October, 2003.

_____
Raleigh W. Rollins
Georgia Bar No. 613860

Alexander & Vann
218 East Jackson Street
P.O. Box 1479
Thomasville, GA 31799-1479
(229) 226-2565 (Telephone)
(229) 228-0444 (Facsimile)